## United States District Court
### Violation Notice

MY46

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3811606 | L. ALORD | 5355 |

FOR SCAN 1/4/201

3811606

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/29/ 1050 | 41 CFR 102-74.430 |

Place of Offense HQ

55A MAIN COMPLEX BALTIMORE MD

Offense Description: Factual Basis for Charge    HAZMAT ☐

PARKED IN R AREA
WITH U TAG DISPLAYED IN
LANE 75

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ANDERSON | RONALD | E |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 23599M3 | MD | | NISSAN | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 75 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

my personal observation    my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.    PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident